js-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **GREGORY KNAPP,** | ) |
|              **Petitioner,** | )   **No. CV 10-3515-JFW (RCF)** |
| | ) |
|       **v.** | )   **JUDGMENT** |
| **BOBBY PHILLIPS, Warden,** | ) |
|              **Respondent.** | ) |
| | ) |

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED:  July 26, 2012

                                      JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE